# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JIMMY SERRANO,<br>Defendant. | Case No. 1:26-mj-00086-SAB-1<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO DISTRICT OF IDAHO |

On July 14, 2026, Defendant Jimmy Serrano was released on conditions, including a $20,000 cash bond. Defendant was also ordered to report to the United States District Court for the District of Idaho for further proceedings. On July 14, 2026, a cash bond of $20,000.00 was posted as to Jimmy Serrano. (ECF No. 6.) On July 15, 2026, this Court transferred relevant documents to the District of Idaho. (ECF No. 9.)

Given that Defendant's case is now pending before the District of Idaho, the Court orders the Clerk of the Court to transfer the $20,000.00 cash bond to the District of Idaho.

IT IS SO ORDERED.

Dated: **July 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge